**Exhibit A to the Complaint**

**Location:** Lansing, MI

**Total Works Infringed:** 129

**IP Address:** 174.174.139.201

**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 1 | 2331BF0EDCDD4366F501A5A49F85DE1A0766386C | 04/03/2026 15:45:54 | Milfy | 12/11/2024 | 12/13/2024 | PA0002506277 |
| 2 | CA1E827517C64A3EAC8AD6F1E83CA3913C617854 | 04/01/2026 18:48:00 | Vixen | 12/18/2025 | 01/02/2026 | PA0002558884 |
| 3 | FA5EA00580E97B8C41482F9ABECDDB1792BAA036 | 04/01/2026 17:55:25 | Blacked Raw | 03/27/2026 | 04/07/2026 | PA0002577457 |
| 4 | 0E19540190B193DA0DA9B9D0CE921D7B02BA8C96 | 04/01/2026 16:51:06 | Milfy | 03/11/2026 | 03/24/2026 | PA0002575238 |
| 5 | BCC9A77AF41355F2B1E99DD8115C7B61385B03B5 | 03/31/2026 23:08:11 | Blacked Raw | 03/02/2026 | 03/09/2026 | PA0002572016 |
| 6 | 32FABDFB4655DF772FAF0766B762F0CF9502DFBC | 03/30/2026 15:26:17 | Milfy | 07/24/2024 | 09/17/2024 | PA0002490321 |
| 7 | 096985283DE482762812081826598090B37634CF | 03/30/2026 00:42:51 | Vixen | 01/22/2026 | 01/28/2026 | PA0002563706 |
| 8 | B34174404B3DA286982FD60EE2C5136A9980F80D | 03/29/2026 16:15:38 | Blacked | 11/04/2025 | 11/14/2025 | PA0002553511 |
| 9 | C84B556A48F3C199A4A96EC62972F4C45AE6C8D7 | 03/29/2026 16:08:39 | Blacked Raw | 03/12/2026 | 03/24/2026 | PA0002575288 |
| 10 | 117868B535B4991E95D21606F16E39B1EFBC01EB | 03/29/2026 05:56:21 | Vixen | 03/08/2026 | 03/24/2026 | PA0002575213 |
| 11 | D3F36A37B5E8103CB779FF934C1AA2D3256221E3 | 03/29/2026 05:55:29 | Vixen | 03/03/2026 | 03/09/2026 | PA0002572153 |
| 12 | E988F32A4A026517A0A44399972936390E9D48E0 | 03/29/2026 05:33:03 | TushyRaw | 08/13/2024 | 09/18/2024 | PA0002490536 |
| 13 | C5F4D2068038CD7EC45FBFDF0C53D0F9B7DBC443 | 03/28/2026 23:48:42 | Blacked Raw | 03/17/2026 | 03/24/2026 | PA0002575242 |
| 14 | 8CC2C33088D95AB3C9E78A3E6D8A0B3AF877ED82 | 03/27/2026 21:01:32 | Milfy | 03/18/2026 | 04/07/2026 | PA0002577427 |
| 15 | 7375A901D3BE6952F99CAA1D89017336B02F3765 | 03/27/2026 06:25:21 | Vixen | 08/02/2024 | 08/15/2024 | PA0002484855 |
| 16 | 832FAE554586A816940C0E35595CDBE749380D87 | 03/27/2026 04:44:21 | Blacked Raw | 03/22/2026 | 04/07/2026 | PA0002577458 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 688698051A8FD8F46A4BE6D965849403EC8C065C | 03/27/2026 03:54:44 | Blacked | 08/06/2025 | 08/08/2025 | PA0002544272 |
| 18 | C8B877E06A47699ED48742688B0A6C089AE55B6C | 03/27/2026 01:28:24 | Blacked Raw | 09/23/2024 | 10/16/2024 | PA0002494702 |
| 19 | 4FDD3491D0A5CEE1A6ADDD67F2BF9660171B8950 | 03/26/2026 20:43:00 | Blacked Raw | 11/27/2025 | 12/09/2025 | PA0002556468 |
| 20 | 11FC181C5A146A9EC3BE660D553BFF1DB24DE2F4 | 03/26/2026 20:40:34 | Vixen | 02/01/2026 | 02/04/2026 | PA0002565328 |
| 21 | 6799F98C8266D28FE3F0530ECED6E28F55A803D6 | 03/26/2026 20:38:40 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |
| 22 | 96503BE5423C8933BEEFE5E529B19AE640191F8F | 03/26/2026 06:37:09 | Blacked Raw | 09/30/2024 | 10/16/2024 | PA0002494699 |
| 23 | AE67F5CB52C0ED82B74CB3CA6E4028EE51BFD7CF | 03/26/2026 03:17:49 | Blacked | 08/06/2024 | 08/14/2024 | PA0002484881 |
| 24 | 5C99D20BC2553D97DBA0FEEF3C6B7CDAE9F9EB3C | 03/25/2026 22:37:13 | Blacked Raw | 10/18/2025 | 11/10/2025 | PA0002553390 |
| 25 | 045D5C6E376D25D3BB29F3C5AA16CBDB35DBBAEA | 03/24/2026 13:52:17 | Blacked Raw | 12/07/2025 | 12/09/2025 | PA0002556418 |
| 26 | 5ADEEDEC226426449A48B9188B53E7E74F812B8D | 03/24/2026 13:49:54 | Vixen | 03/18/2026 | 03/24/2026 | PA0002575263 |
| 27 | C9BBB768135E28723E75FAAF6A5E06CABEDB482D | 03/24/2026 13:34:28 | Vixen | 02/06/2026 | 02/20/2026 | PA0002568759 |
| 28 | 070B0D88D734C867AD89FB4A6A316169970FACBF | 03/24/2026 02:55:51 | Milfy | 01/03/2024 | 01/16/2024 | PA0002453476 |
| 29 | 7FFB9342399C53AF6A37F6DE14712DEF569269E1 | 03/24/2026 00:02:01 | Blacked Raw | 06/20/2025 | 06/20/2025 | PA0002536515 |
| 30 | D1678D327074F34FF3C986CE9E643BA38539CC24 | 03/23/2026 23:26:00 | TushyRaw | 01/27/2025 | 02/18/2025 | PA0002516148 |
| 31 | 1F6A3E38BD9608C70F955F031F07DCF64442EA0A | 03/23/2026 15:44:07 | Milfy | 01/21/2026 | 01/28/2026 | PA0002563707 |
| 32 | 10C34CE082C45C31C240553D8715237F90CD93DC | 03/23/2026 14:47:05 | Milfy | 07/10/2024 | 09/05/2024 | PA0002491136 |
| 33 | AFB746C6893B224C9FE24A21A4517493585E8DEA | 03/22/2026 19:44:02 | Blacked | 07/17/2025 | 07/22/2025 | PA0002541664 |
| 34 | 1873315CD7A47FFB11A5DB2196182119545F9ED9 | 03/22/2026 19:28:43 | Vixen | 05/23/2025 | 06/10/2025 | PA0002534384 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 10FC4FB64179156A51F97F4EB38C8368EC52A09D | 03/22/2026 17:13:38 | Milfy | 02/18/2026 | 02/20/2026 | PA0002568781 |
| 36 | A1DF80CAA8A17D1AF391C4F659812816C3C7703E | 03/21/2026 19:25:33 | Milfy | 07/30/2025 | 08/08/2025 | PA0002544268 |
| 37 | 522ECBCB48F727B3CD6FF1BAE0E26142FED58D88 | 03/21/2026 19:22:31 | Milfy | 03/06/2024 | 06/24/2024 | PA0002477485 |
| 38 | 9364705E87E4D8194632BC445F3C07B9F4B1DE27 | 03/21/2026 16:36:37 | Vixen | 10/14/2025 | 11/10/2025 | PA0002553375 |
| 39 | FD5319642A611AB4B59C3D6AE0FF3D142DA3BF77 | 03/21/2026 16:10:31 | Vixen | 01/12/2026 | 01/26/2026 | PA0002563061 |
| 40 | BA440C3695E7C9EE32A6FAA012BD10A095F61C75 | 03/20/2026 04:02:06 | Vixen | 12/23/2025 | 01/02/2026 | PA0002558850 |
| 41 | 31F17D92C379DF039951A038AFF30337C74750C2 | 03/19/2026 19:00:22 | Blacked | 09/20/2025 | 09/24/2025 | PA0002552391 |
| 42 | 8964815B3EE407A3EBFECD69C9A66DF0EFAA05A3 | 03/17/2026 13:33:05 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 43 | D9261D3722C161272619A45A80E6F849B0BC63B5 | 03/17/2026 13:31:22 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 44 | 8031B4A7A5CFCECBC796D4772440BFC5016C11AA | 03/17/2026 13:27:42 | Blacked | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 45 | 9BF750778686518F80BBD1BDFC2294B9D01360CB | 03/16/2026 15:02:33 | Milfy | 01/14/2026 | 01/26/2026 | PA0002563051 |
| 46 | 92ECB3C266083882AB5FE4BCE6AAA306CC7FB409 | 03/14/2026 17:06:12 | Milfy | 04/10/2024 | 06/24/2024 | PA0002477492 |
| 47 | 5BDB88CC053754321CAEA4B05A39407BC845578E | 03/13/2026 10:33:14 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |
| 48 | CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E | 03/09/2026 11:23:55 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 49 | 24550021ABCBE71DCF048521BFA63F64964F7CDB | 03/05/2026 15:44:30 | Blacked | 09/24/2022 | 10/05/2022 | PA0002373769 |
| 50 | 5EBAA857DB4CB94E7B579561C0FBE666094E0A10 | 03/05/2026 15:30:14 | Blacked Raw | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 51 | E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A | 03/03/2026 22:29:58 | Vixen | 11/27/2020 | 11/30/2020 | PA0002266359 |
| 52 | 795401C50FDDADEABBF656934EF4862EDAF4D812 | 03/03/2026 22:28:37 | Vixen | 11/12/2021 | 12/09/2021 | PA0002325810 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 13CF4D7DEA556EEB7D06BEC1F4CDD68D9120FD60 | 03/03/2026 22:27:34 | Blacked Raw | 12/10/2022 | 01/10/2023 | PA0002389572 |
| 54 | 5B3077C160BA3582630AD259484DFC305BDEB60B | 03/03/2026 22:20:28 | Vixen | 01/06/2023 | 01/27/2023 | PA0002393080 |
| 55 | 2F83CE09B1F20BE375C20F1028CD3FBEF3813FDE | 03/03/2026 11:51:51 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 56 | 866ED08FAA30A005479E7691EE82140D1B4C8592 | 03/02/2026 23:39:31 | Vixen | 12/05/2018 | 12/18/2018 | PA0002141920 |
| 57 | 5D16EC2FE6C9F9FA9F5476C90525208D413532F1 | 03/02/2026 23:23:20 | Blacked | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 58 | 3617FA842443B76937A26550A4A76128B6FC8B5D | 03/02/2026 15:24:46 | Blacked | 06/07/2025 | 06/09/2025 | PA0002534205 |
| 59 | FAD76F8CFECAFE3B83942AF045BDDC0BE65BAC60 | 03/02/2026 13:29:28 | Blacked | 02/07/2026 | 02/20/2026 | PA0002568761 |
| 60 | 2E448643C4F0C329C0C0343075D37163438D77A7 | 03/02/2026 13:13:08 | Vixen | 02/26/2026 | 03/09/2026 | PA0002572162 |
| 61 | E6049FA73DE9C0259EE889A86227217FD10135F1 | 03/01/2026 21:19:11 | Vixen | 10/09/2025 | 11/10/2025 | PA0002553346 |
| 62 | D9F6076D4145F5E574FFDE66993B5D70E7E3CBE5 | 02/27/2026 17:07:54 | Vixen | 09/17/2021 | 10/05/2021 | PA0002315292 |
| 63 | 3F2C77EEEB7E60E00F08C6B2372C0DF949F27870 | 02/26/2026 16:20:57 | Blacked Raw | 10/29/2019 | 11/15/2019 | PA0002211918 |
| 64 | E65C8A7AD4B9405CB2994396CF1146FE84014368 | 02/26/2026 16:05:36 | Vixen | 12/10/2019 | 01/03/2020 | PA0002233429 |
| 65 | 56BF0671C368B87782691AB922B69AF7CF37FB90 | 02/25/2026 01:30:45 | Vixen | 01/29/2019 | 03/24/2019 | PA0002182715 |
| 66 | 59273C2580C92D41695C8A1D890F6F4AB3D63299 | 02/24/2026 21:00:59 | Vixen | 06/17/2022 | 06/27/2022 | PA0002355040 |
| 67 | 18F37A18FE1AC5E6CEFE5CA0F702EDAF5E3130C4 | 02/24/2026 17:12:10 | Blacked Raw | 08/08/2022 | 08/30/2022 | PA0002367749 |
| 68 | CA9C879DFA6386DC9884574B22260F37C8C44078 | 02/24/2026 15:42:16 | Blacked Raw | 01/21/2026 | 01/28/2026 | PA0002563708 |
| 69 | 04F316D2BDC9177CF7F76863B300C32DB5EAA645 | 02/22/2026 23:33:19 | Wifey | 02/14/2026 | 02/20/2026 | PA0002568770 |
| 70 | C340030059AF09957371330E339FB3AA67E8FFDB | 02/22/2026 23:21:22 | Blacked Raw | 05/17/2019 | 07/05/2019 | PA0002206002 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 71 | F5E931AB78F7394210896FEC71ADFB7C43276832 | 02/22/2026 23:14:52 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 72 | 0616906E5B0D445A8FB469D45908C91D24F6CD2F | 02/22/2026 23:10:22 | Blacked | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 73 | D93E7A2150B84861096407A9CABB85144D6DA4EC | 02/22/2026 23:01:21 | Blacked Raw | 05/27/2019 | 06/13/2019 | PA0002180951 |
| 74 | B16C753D3464B4C74E5AE8C48EDC4E5E18FC1CFB | 02/22/2026 22:47:45 | Blacked Raw | 02/10/2026 | 02/20/2026 | PA0002568778 |
| 75 | 6EEA698C9F9334AC13BBAA472AA8291737CA7B54 | 02/22/2026 22:35:17 | Blacked Raw | 10/21/2024 | 11/18/2024 | PA0002500997 |
| 76 | A1FCDFC220A3004495EFB0CA2DA4DE0A4EF6E005 | 02/22/2026 22:26:19 | Blacked Raw | 01/31/2026 | 02/04/2026 | PA0002565326 |
| 77 | 0B57D7651165BBD262C75CF30A4A8F9DE02A395F | 02/22/2026 22:22:58 | Blacked Raw | 01/26/2026 | 01/28/2026 | PA0002563703 |
| 78 | 10D789AFC80FF4801C6D118E8DDFAC2B6E19C882 | 02/22/2026 22:22:25 | Blacked Raw | 01/16/2026 | 01/26/2026 | PA0002563045 |
| 79 | 15A616F313CF40B9B77EC1F502B8284FF2C29A1E | 02/22/2026 22:21:51 | Blacked Raw | 09/18/2025 | 09/24/2025 | PA0002552388 |
| 80 | 2ADE8763346FFA11FC1395267FDA45ACC89C677C | 02/22/2026 19:19:29 | Blacked Raw | 11/03/2018 | 12/10/2018 | PA0002145823 |
| 81 | 143ED56E751B662F727B52D79C441FBCC16BB177 | 02/22/2026 18:18:16 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 82 | 32E09D6A5978F499397CCFFAB8C889951CF3BF94 | 02/22/2026 18:18:06 | Blacked | 05/01/2021 | 06/09/2021 | PA0002295604 |
| 83 | 498C38E65A191A26E153A7D80BCFBCA20069BDFD | 02/03/2026 00:07:59 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 84 | F25817E594908EA8A9E9E38596A20DA2D2230ADA | 02/02/2026 07:14:28 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 85 | C8150C15D0B82A9A81E0FA75C745E73D62D1E423 | 02/02/2026 06:52:57 | Vixen | 11/23/2025 | 11/26/2025 | PA0002554940 |
| 86 | 6C639AA8446F7F87521D3F3E65244D3164287F1A | 01/31/2026 03:26:42 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |
| 87 | 88EE1B79A4C0598B88B90C4DFC9C89996D36D98A | 01/29/2026 15:18:47 | Blacked Raw | 09/23/2025 | 11/10/2025 | PA0002553377 |
| 88 | D857E3982421B51471457E22DDB31C2C1E057DB8 | 01/29/2026 14:51:24 | Vixen | 08/09/2024 | 08/15/2024 | PA0002484824 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 89 | 5D69BC93D3A194EA942CAC720EB78042798A46FF | 01/29/2026 14:43:50 | Blacked | 05/13/2024 | 06/18/2024 | PA0002476744 |
| 90 | 5C55D75C4FF2F5FD6A9B1D84D7DBC798CF0A400B | 01/29/2026 01:02:31 | Blacked | 08/21/2025 | 09/16/2025 | PA0002550978 |
| 91 | E46BCEADD09B847397728D696FDC4D585282B1BD | 01/29/2026 00:59:20 | Vixen | 11/03/2025 | 11/14/2025 | PA0002553530 |
| 92 | D4DD03B0A4D38F33CB8297948D6329A2AEC37DEC | 01/28/2026 21:53:13 | Blacked | 04/23/2024 | 05/08/2024 | PA0002469855 |
| 93 | C2849531218338DD0DD95B9129FAF1CE95CB0ECB | 01/28/2026 20:16:17 | Vixen | 11/15/2024 | 12/13/2024 | PA0002506276 |
| 94 | DB704D1A357E69D908A9894413AA57F54B78CEE7 | 01/28/2026 19:59:06 | TushyRaw | 01/04/2026 | 01/07/2026 | PA0002559442 |
| 95 | DB96A7BA37F3DA55AE4BFC5882FD07052B7F3B8D | 01/28/2026 14:18:14 | Vixen | 01/19/2019 | 02/22/2019 | PA0002155139 |
| 96 | 600295BDDF322F0B3325D35168B5C68D2C2FD880 | 01/26/2026 23:48:17 | Vixen | 06/27/2025 | 07/08/2025 | PA0002539153 |
| 97 | B4E26C43364D533DE9840ADC4E9B9A2172F1EEAA | 01/26/2026 23:37:47 | Vixen | 07/31/2025 | 08/08/2025 | PA0002544275 |
| 98 | 7AC2F4142635332E29EBD35FE43D28DB460270C5 | 01/26/2026 23:29:50 | Vixen | 12/03/2025 | 12/09/2025 | PA0002556440 |
| 99 | E1522D8D5EE66F96296F06AF7B049398889C01D9 | 01/26/2026 23:16:04 | Vixen | 01/24/2025 | 02/18/2025 | PA0002515955 |
| 100 | 12AF0B523D1AA51BB6B40351CC4B680835B98D5A | 12/28/2025 04:37:22 | Blacked Raw | 08/19/2024 | 09/17/2024 | PA0002490351 |
| 101 | 6332839499390C0413B49C0000B241D4349E70D6 | 10/02/2025 13:00:42 | Vixen | 05/02/2025 | 05/21/2025 | PA0002531828 |
| 102 | 70C01FD0FDD7511D2CA1AFC5320E2447FA245D3A | 10/02/2025 12:57:48 | Wifey | 03/22/2025 | 04/23/2025 | PA0002527267 |
| 103 | 040C855A55FDB1891D0D9D6655F11D3DF0EC11F5 | 10/01/2025 12:14:10 | Vixen | 09/09/2022 | 10/05/2022 | PA0002373766 |
| 104 | 3CCB8FBA30E5E39206299F84C40B2C9628DC0660 | 10/01/2025 12:00:28 | Blacked Raw | 02/12/2024 | 03/12/2024 | PA0002459230 |
| 105 | 7AAB7C4B30E38E8D49F14B310A00BE31FA7610E7 | 10/01/2025 11:56:39 | Blacked Raw | 07/05/2025 | 07/08/2025 | PA0002539163 |
| 106 | 4377D001F4E80BB56FC09EEC160D3E44683A7EAF | 10/01/2025 11:41:45 | Vixen | 09/16/2019 | 10/01/2019 | PA0002217346 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 107 | 9B0868ADF354DAA85E0ECB8C1DF783A6D1829660 | 09/24/2025 17:17:11 | Tushy | 08/09/2019 | 09/11/2019 | PA0002199987 |
| 108 | 3BF616A8556DA6801124C26EA864439649D28569 | 09/24/2025 15:31:48 | Vixen | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 109 | A4703FCB6ED58B555B296A6DC33F02C52D5F6313 | 09/21/2025 14:18:56 | Blacked Raw | 09/08/2025 | 09/16/2025 | PA0002550964 |
| 110 | 35527FE5A1FD72F5E2B53D73FFA57091B5F4C945 | 09/19/2025 14:51:02 | Vixen | 06/06/2025 | 06/09/2025 | PA0002534202 |
| 111 | 75653460BBE1AFD9B25F7BB6FDBDA533324B5316 | 09/19/2025 14:27:32 | Blacked Raw | 08/09/2025 | 08/19/2025 | PA0002545659 |
| 112 | B62D47F90D9B9ED7FAF14C5AE0C835FB4B1F0BFC | 09/19/2025 14:24:13 | Blacked Raw | 09/13/2025 | 09/24/2025 | PA0002552381 |
| 113 | EF15747F180F26BA96CA3D439A47275B9DF1D26D | 09/19/2025 14:23:43 | Blacked Raw | 08/29/2025 | 09/16/2025 | PA0002551005 |
| 114 | EC4B2D38D6CA35873BCD86E50CBC6584FBEF8228 | 09/19/2025 14:22:57 | Blacked Raw | 07/30/2025 | 08/08/2025 | PA0002544276 |
| 115 | 6CC0A64955AFE0657545295B55E8E8452E85EA85 | 09/19/2025 14:16:59 | Blacked Raw | 07/25/2025 | 08/08/2025 | PA0002544278 |
| 116 | B0CE169D460B3E10FDC06D60342FA7FD5FBE531B | 09/19/2025 14:10:46 | Blacked Raw | 11/13/2018 | 12/10/2018 | PA0002145836 |
| 117 | C2CD33294A80E9042A3D6D2FC6C52861821EFA18 | 09/19/2025 13:46:52 | Blacked Raw | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 118 | 4DE810079628217BB594B48B26C0559371999766 | 09/16/2025 22:19:26 | Vixen | 09/14/2025 | 09/24/2025 | PA0002552389 |
| 119 | 20BE11C2502D5A25646B7110C3B3EBBB91DA5D2A | 09/16/2025 16:35:06 | Blacked Raw | 09/24/2018 | 11/01/2018 | PA0002143418 |
| 120 | C107588A00810F57F076C5926BF6D8624E4BCAD1 | 09/16/2025 02:04:57 | Blacked | 08/23/2018 | 11/01/2018 | PA0002143434 |
| 121 | 60BCCBB0AC4CBFF8FF0BA4FCBD32E5FA3BAADD16 | 08/31/2025 21:09:19 | Vixen | 03/24/2023 | 04/10/2023 | PA0002405937 |
| 122 | 790A48E47EC87C1DFD2979BFBD68DCB1C7740088 | 08/24/2025 23:59:05 | Vixen | 05/30/2025 | 06/09/2025 | PA0002534206 |
| 123 | 1FEC6AF6DFEF0A5BFD3FE09311398AA6DCD5B90A | 08/24/2025 23:43:21 | Blacked Raw | 05/26/2025 | 06/09/2025 | PA0002534204 |
| 124 | 182CB8621AEF57EF63C8CF6BFA93EC5CC71EE372 | 08/19/2025 21:56:56 | Vixen | 02/23/2024 | 03/13/2024 | PA0002459589 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 125 | 283744F7EB9B09E4EDD8A7FFD71DF7859EAD4E7B | 08/19/2025 20:26:33 | Vixen | 05/24/2024 | 06/18/2024 | PA0002476933 |
| 126 | 8B7C521CD656D63EF65068B88994FA717E14F4D7 | 08/19/2025 20:24:00 | Blacked | 11/04/2024 | 11/18/2024 | PA0002500995 |
| 127 | 97858AE74CCB9AA5A803A4B4260C07875E60B05C | 08/19/2025 17:00:39 | Vixen | 07/21/2025 | 07/22/2025 | PA0002541642 |
| 128 | 4D128566D34AA1EC74C662CC23A00DBFD03A56E5 | 08/19/2025 15:45:43 | Blacked Raw | 09/07/2020 | 09/29/2020 | PA0002258685 |
| 129 | 5F686E0618BE3E4B271B6D69151098DC11B29F45 | 08/19/2025 00:42:34 | Blacked | 02/20/2021 | 03/08/2021 | PA0002280369 |